APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 2:16CR19

v.

Bresee Trucking, Hillis Bresee

DATE: 5/31/16

TYPE OF HEARING: Guilty Plea

*************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ   6. _____
2. Randy Ramseyer               7. _____
3. Bill Bradshaw                8. _____
4. Hillis Bresee                9. _____
5. _____                   10. _____

*************************************************************************

Recorded by: ELLA SURBER    Time in Court: 10:41 - 11:17
                                           11:25 - 12:05

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:41 | 1,3 | | 2,1 | 11:42 | 1,4 | 11:56 | 3,1 | | |
| | 1,2 | ↓ | | | 2 | | 4,1 | | |
| 10:43 | 1,3 | 11:17 | 4,1 | 11:46 | 1,4 | | 3,1 | | |
| ↓ | | | Ct recess | ↓ | | | | | |
| 10:51 | 1,4 | 11:25 | 1,2 | | 2 | | | | |
| ↓ | | ↓ | | 11:49 | 1,4 | | | | |
| | 3 | 11:28 | 1,4 | ↓ | | | | | |
| 10:54 | 1,4 | ↓ | | | 3 | | | | |
| ↓ | | 11:38 | 2 | | 1,4 | | | | |
| 11:00 | 2,1 | | 1,3 | 11:50 | 3,1 | | | | |
| ↓ | | 11:40 | 2 | | 2 | | | | |
| | 3 | | 1,4 | 11:53 | 1,4 | | | | |
| 11:13 | 2,1 | ↓ | | | 3,1 | | | | |
| 11:14 | 3,1 | | 3 | | 2 | | | | |

Case 2:16-cr-00019-PMS   Document 10   Filed 05/31/16   Page 1 of 1   Pageid#: 40